JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
MAYA BARBA, CASB No. 341784
maya.barba@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendant
MORGAN STANLEY SMITH BARNEY LLC (erroneously named as Morgan Stanley)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KNAPP AND LAWRENCE KNAPP AS TRUSTEE FOR DEBORAH KNAPP,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 2:22-CV-00839-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

On July 11, 2022, the parties filed a Joint Stipulation to Extend the Time to Respond to the Complaint.  The court grants the stipulation and directs defendant to respond to plaintiffs' complaint on or before August 5, 2022.

**IT IS SO ORDERED**.

DATED:  August 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE