1  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
2  MAYA BARBA, CASB No. 341784
   maya.barba@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:     (415) 398-6000
   Facsimile:     (415) 981-0136
6
   Attorneys for Defendant
7  MORGAN STANLEY SMITH BARNEY LLC
   (erroneously named as Morgan Stanley)
8

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12  LAWRENCE KNAPP AND                  )  Case No. 2:22-CV-00839-KJM-JDP
    LAWRENCE KNAPP AS TRUSTEE FOR       )
13  DEBORAH KNAPP,                      )  **ORDER GRANTING JOINT STIPULATION**
                                        )  **TO EXTEND DEADLINE TO RESPOND TO**
14                          Plaintiff,  )  **COMPLAINT**
                                        )
15              vs.                     )
                                        )
16  MORGAN STANLEY SMITH BARNEY LLC,    )
                                        )
17                          Defendant.  )
                                        )
18

19

20

21

22

23

24

25  ///

26  ///

27

28
                                    - 1 -
    ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
    – Case No. 2:22-CV-00839-KJM-JDP
    KYL4864-6096-7725.1

On August 3, 2022, Plaintiff LAWRENCE KNAPP and LAWRENCE KNAPP AS TRUSTEE FOR DEBORAH KNAPP ("Plaintiff") and Defendant MORGAN STANLEY SMITH BARNEY(erroneously named as Morgan Stanley) (collectively, the "Parties"), filed a Joint Stipulation to Extend Time to Respond to the Complaint. The Court rules as follows:

1. The Stipulation is hereby GRANTED; and

2. Defendant shall respond to the Complaint on or before August 19, 2022.

**IT IS SO ORDERED**.

DATED:  August 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
– Case No. 2:22-CV-00839-KJM-JDP
KYL4864-6096-7725.1