JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
MAYA BARBA, CASB No. 341784
maya.barba@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
MORGAN STANLEY SMITH BARNEY LLC
(erroneously named as Morgan Stanley)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KNAPP AND LAWRENCE KNAPP AS TRUSTEE FOR DEBORAH KNAPP,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 2:22-CV-00839-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

///

///

On August 19, 2022, Plaintiff LAWRENCE KNAPP and LAWRENCE KNAPP AS TRUSTEE FOR DEBORAH KNAPP ("Plaintiff") and Defendant MORGAN STANLEY SMITH BARNEY(erroneously named as Morgan Stanley) (collectively, the "Parties"), filed a Joint Stipulation to Extend Time to Respond to the Complaint. The Court rules as follows:

      1.     The Stipulation is hereby GRANTED; and

      2.     Defendant shall respond to the Complaint on or before September 2, 2022.

**IT IS SO ORDERED**.

DATED:  August 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE